**STATE of Maine**

**v.**

**Joseph O'BRIEN and Gilman McDuffee.**

Supreme Judicial Court of Maine.

Argued Oct. 31, 1988.
Decided Nov. 8, 1988.

William R. Anderson (orally), Dist. Atty., David Spencer, Asst. Dist. Atty., Wiscasset, for the State.

Dennis C. Hagemann (orally), Damariscotta, Stanton E. Tefft (orally), Bedford, N.H., for defendants.

Before McKUSICK, C.J., and
ROBERTS, WATHEN, CLIFFORD and
COLLINS, JJ.

## MEMORANDUM OF DECISION.

Defendants Joseph O'Brien and Gilman McDuffee appeal from convictions of theft, following a jury trial in Superior Court (Lincoln County, Bradford, J.). On appeal defendants argue that there is insufficient evidence to support the jury finding that the stolen goods had a value in excess of $5,000 as required for a Class B crime. 17-A M.R.S.A. § 362(2)(A) (1983). In this case, the court properly admitted the testimony of the owner who testified to a market value in excess of $9,000. *State v. Thibeault*, 390 A.2d 1095, 1102 (Me.1978). Such evidence, viewed in the light most favorable to the State, supports the jury's finding of value beyond a reasonable doubt. *State v. Barry*, 495 A.2d 825, 826 (Me.1985).

The entry is:

JUDGMENTS AFFIRMED.